**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ESTEPHEN CASTELLON, | ) | CASE NO. 1:25-cv-02541-MJH |
| PLAINTIFF, | ) | JUDGE MICHAEL J. HENDERSHOT |
| vs. | ) | JUDGMENT ENTRY AND ORDER OF REMAND |
| LAKEWOOD POLICE DEPARTMENT, *et al.*, | ) | |
| DEFENDANTS. | ) | |

For the reasons stated in the Court's contemporaneously filed Opinion and Order, Plaintiff Castellon's federal claims are **dismissed**, and his state-law claims are **remanded** to the Cuyahoga County Court of Common Pleas. This case is closed, and all outstanding motions, notices, and requests for relief are **dismissed** as moot.

**SO ORDERED**

Dated: November 13, 2026

*s/ Michael J. Hendershot*
**HON. MICHAEL J. HENDERSHOT**
**UNITED STATES DISTRICT COURT**